# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

**HERBERT LEE SAYSOFF,**

                        Petitioner,

                                                                       **CASE NO. 14-CR-20096-JAR-10**

v.                                                                      **CIVIL NO. 18-CV-2570-JAR-JPO**

**UNITED STATES OF AMERICA,**

                        Respondent.

( )   **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

( x)   **DECISION BY THE COURT.**   This action came before the Court.   The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order Dismissing Petitioner Herbert Saysoff's Motion to Vacate filed in 14-20096-JAR-10 (Doc. 681), Petitioner's Motion to Vacate Under 28 U.S.C. § 2255 (Doc. 559) is hereby **dismissed**.

Petitioner is denied a Certificate of Appealability.

       **IT IS SO ORDERED**

       Dated:     March 31, 2021

                                                     **TIMOTHY M. O'BRIEN, CLERK**

                                                     _s/Bonnie Wiest_
                                                     **Deputy Clerk**